AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location:** NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

Title 18 USC Section 1028(a)(4) - Fraud and related activity in connection with identification documents
(Class A Misdemeanor)

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**PENALTY:**
1 year imprisonment, $100,000 fine, $25 special assessment, 1 year of supervised release

### DEFENDANT - U.S.

▶ ARMANDO ESTRADA, a/k/a Richard Rick Beltran

**DISTRICT COURT NUMBER:** CR07-00396 WDB

FILED JUN 21 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### PROCEEDING

**Name of Complaintant Agency, or Person (& Title, if any)**

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
} ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

**Name and Office of Person Furnishing Information on THIS FORM** SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned):** H. H. (Shashi) Kewalramani

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

**Defendant Address:**
4777 Mowry Avenue
Fremont, CA 94538

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____

Before Judge: _____

Comments:

1  SCOTT N. SCHOOLS (SCBN 9990)    E-filing  FILED

2007 JUN 21  PM 1:57

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR07-00396 WDB |
| Plaintiff, ) | VIOLATION: Title 18, United States Code, Section 1028(a)(4) – Possession of an Identification Document with Intent to Defraud the United States (Class A Misdemeanor) |
| v. ) | |
| ARMANDO ESTRADA, ) a/k/a Richard Rick Beltran, ) a/k/a Richard Ricky Beltran, ) | |
| Defendant. ) | OAKLAND VENUE |

**INFORMATION**

The United States Attorney charges:

On or about February 23, 1999, in the Northern District of California, the defendant,

ARMANDO ESTRADA,
a/k/a Richard Rick Beltran,
a/k/a Richard Ricky Beltran,

did knowingly possess an identification document not issued lawfully for his use, authentication feature, and false identification document, namely, a State of California Birth Certificate issued in the name of Richard Ricky Beltran, with the intent that such document and feature be used to

/ / /

/ / /

INFORMATION

1  defraud the United States, in violation of Title 18, United States Code, Section 1028(a)(4), a
2  Class A Misdemeanor.
3
4  DATED: June 20, 2007              SCOTT SCHOOLS
                                      United States Attorney
5
6                                     _____
                                      W. DOUGLAS SPRAGUE
7                                     Assistant United States Attorney
                                      Chief, Oakland Branch
8
9  (Approved as to form: _____ )
                           H. H. (SHASHI) KEWALRAMANI
10                         Assistant United States Attorney

INFORMATION