

**U.S. Department of Justice**

United States Attorney
Northern District of California

Ronald V. Dellums Federal Building     *(510) 637-3680*

---

*1301 Clay Street, Suite 340S*
*Oakland, California 94612-5217*     *FAX (510) 637-3724*

June 21, 2007

**VIA E-FILING**
The Honorable Wayne D. Brazil
United States District Court
1301 Clay Street
Oakland, California  94612

    Re:    <u>United States v. Armando Estrada</u>, CR07-00396 WDB

Dear Magistrate Judge Brazil:

    The United States Attorney's office hereby requests that a date for arraignment on information regarding this matter be set before your Honor on the Criminal Calendar at 10:00 a.m. on Monday, July 9, 2007.

        Very Truly Yours,

        SCOTT N. SCHOOLS
        United States Attorney


        _____/s/_____
        ADAM C. LOWRY
        Law Clerk