**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
555 12TH STREET, SUITE 650
OAKLAND CALIFORNIA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

July 20, 2007

<u>VIA FACSIMILE (510) 637-3327</u>
Magistrate Judge Wayne D. Brazil
1301 Clay Street, Courtroom No. 4
Oakland, CA 94612

**United States v. Armando Estrada, CR 07-00396 WDB**
**RE: Request to continue court date from 7/23 to 8/29 for consent and change of plea**

Dear Judge Brazil:

     I am writing to ask that the above-referenced case be continued from July 23, 2007, to August 29, 2007 at 10:00 a.m. for consent and change of plea. The defense needs additional time to investigate the matter. In addition, I will be out of the office from July 25, 2007 through August 13, 2007 and I understand that the Court is unavailable until August 27, 2007. Should the Court continue the matter to August 29, 2007, the parties should be prepared for a change of plea at that time. I have spoken with AUSA Shashi Kewalramani and he has no objection to moving the matter to August 29, 2007 for change of plea.

                      Sincerely,

                      BARRY J. PORTMAN
                      Federal Public Defender

                         /s/
                      JOYCE LEAVITT
                      Assistant Federal Public Defender

cc:    Shashi Kewalramani, AUSA