|   |   |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff(s), | No. CR-07-00396-WDB |
| v. | **CLERK'S NOTICE** |
| ARMANDO ESTRADA, | |
| Defendant(s). | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**You are hereby notified that** pursuant to the unavailability of Magistrate Judge Wayne D. Brazil on Wednesday, August 29, 2007, the Status Hearing Re: Consent to proceed before a Magistrate Judge, Change of Plea and Sentencing as to the above entitled case have been continued to **Thursday, September 6, 2007 at 10:00 a.m.** before Magistrate Judge Wayne D. Brazil.

Richard W. Weiking
Clerk, U.S. District Court

*Ivy L. Garcia*

by: Ivy L. Garcia
Courtroom Deputy of
Magistrate Judge Wayne D. Brazil

Dated: August 28, 2007

cc: Copies to parties via ECF, Pretrial Services

caption.frm                    1