# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☑ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

## OFFENSE CHARGED

Title 18 USC Section 1028(a)(6) - Possession of a stolen U.S. identification document (Class A Misdemeanor)

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**DEFENDANT - U.S.**

▶ ARMANDO ESTRADA

**FILED**

**DISTRICT COURT NUMBER**
CR 07-000396 WDB

SEP - 4 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**PENALTY:**
1 year imprisonment, $100,000 fine, $25 special assessment, 1 year of supervised release

## PROCEEDING

**Name of Complaintant Agency, or Person (&Title, if any)**

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☑ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.
CR 07-396 WDB

MAGISTRATE CASE NO.

**Name and Office of Person Furnishing Information on THIS FORM**
**SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**
H. H. (Shashi) Kewalramani

## DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District)
N.D. CAL.

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

1  SCOTT N. SCHOOLS (SCBN 9990)

FILED
2007 SEP -4 PM 2:58

RICHARD W. WIEKING
CLERK
NORTHERN DISTRICT COURT
DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br> Plaintiff, </br> v. </br> ARMANDO ESTRADA, </br> a/k/a Richard Rick Beltran, </br> a/k/a Richard Ricky Beltran, </br> Defendant. | No. CR 07-00396 – WDB </br></br> VIOLATION: Title 18, United States Code, Section 1028(a)(6) – Possession of an Identification Document of the United States Which Is Stolen (Class A Misdemeanor) </br></br> OAKLAND VENUE |

### SUPERSEDING INFORMATION

The United States Attorney charges:

On or about February 23, 1999, in the Northern District of California, the defendant,

ARMANDO ESTRADA,
a/k/a Richard Rick Beltran,
a/k/a Richard Ricky Beltran,

knowingly possessed a Social Security card in the name of Richard Rick Beltran, which is a an identification document of the United States, knowing that the Social Security card had been

///

///

///

///

INFORMATION

stolen, in violation of Title 18, United States Code, Section 1028(a)(6), a Class A Misdemeanor.

DATED: 8/31/07

SCOTT SCHOOLS
United States Attorney

W. DOUGLAS SPRAGUE
Assistant United States Attorney
Chief, Oakland Branch

(Approved as to form: _____)
H. H. (SHASHI) KEWALRAMANI
Assistant United States Attorney

INFORMATION