**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*1301 Clay Street, Suite 340S*  (510) 637-3717
*Oakland, California  94612*  *FAX:(510) 637-3724*
 *E-Mail: shashi.kewalramani@usdoj.gov*

September 6, 2007

**VIA E-FILING**
The Chambers of the Honorable Wayne D. Brazil
1301 Clay Street, 3rd Floor
Oakland, CA 94612

    RE:    *United States v. Armando Estrada*, CR 07-00396 WDB

Dear Judge Brazil:

Enclosed for the Court's review is a modified copy of the plea agreement, including the interpreter's certification to which it is anticipated that Mr. Estrada will change his plea on September 11, 2007 to the superseding information. If the Court has any questions or concerns regarding the plea agreement, I can be reached at the above listed phone number or e-mail address.

Sincerely,

SCOTT N. SCHOOLS
United States Attorney


By:    _____/s/_____
    H. H. (SHASHI) KEWALRAMANI
    Assistant United States Attorney

Encl.