DOCUMENTS UNDER SEAL ☐ | TOTAL TIME (mins): 51 Mins

| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK Ivy L. Garcia | REPORTER/FTR FTR: 9/11/07 10:33:41-11:24:25 |
|---|---|---|
| MAGISTRATE JUDGE HON. WAYNE D. BRAZIL | DATE 9/11/07 | NEW CASE ☐ | CASE NUMBER CR-07-00396-WDB |

### APPEARANCES

| DEFENDANT ARMANDO ESTRADA | AGE 33 | CUST No | P/NP P | ATTORNEY FOR DEFENDANT Joyce Leavitt | PD. ☒ RET. ☐ APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY Bryan Whittaker for Shashi Kewalramani | | INTERPRETER Maria E. Munoz (Spanish Int.) | | ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D |
| PROBATION OFFICER None | PRETRIAL SERVICES OFFICER Taifa Gaskins | | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT ☐ OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☒ JUGM'T & SENTG 18 Mins HELD | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☒ FURTHER CHANGE PLEA 33 Mins HELD | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

**FILED SEP 11 2007**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

PROPERTY TO BE POSTED
☐ CASH $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☒ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☒ PRESENTENCE REPORT ORDERED WAIVED BY THE DEFT. | ☐ CHANGE OF PLEA | ☒ AMENDED PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT: | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

JUDGMENT: The deft. is sentenced to probation for a term of 2 yrs. If the deft. decides to return to Mexico on his own indefinitely, he must submit notification in writing to the Prob. Officer indicating that date of his departure so that the Prob. Officer can recommend to the Court to suspend active supervision. If he decides to come back to the U.S. within 2 yrs. of his probation, he must comply with the rules & regulations of Immigration and Customs Enforcement and, may reenter the U.S. only with the express consent of the Sec. of the Dept. of Homeland Security. Upon reentry into the U.S. during the period of court ordered supervision, the deft. shall report to the nearest Prob. Office. Deft. must comply with the following conditions: 1. Deft. to pay the U.S. $25.00 spec. assessment due by 4:00 pm on 9/11/07, 2. Deft. to comply with the rules & regulations of ICE. **See Judgment for all conditions.**

cc: WDB's Stats, Probation

DOCUMENT NUMBER: