10/01/2007 02:55 PM EDT Version 7.0

Oakland

## Case Debt Type Payment Report
### U.S. Courts

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | Case No. DCAN407CR000396 | | US V ESTRADA | | | | | | | |
| 001 | ARMANDO ESTRADA | 504100 | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 44611001205 | 0 | PR | 25.00 | 09/11/2007 |
| | | | | | | Division Payment Total | | | 25.00 | |
| | | | | | | Grand Total | | | 25.00 | |

FILED
OCT - 2 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

$ 25.00  SPECIAL ASSESSMENT
PAID IN FULL on 9/11/07

Page 1 of 1